■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY M. JONES, Appellant. [986 NYS2d 372]—Appeal from a judgment of the Ontario County Court (William F. Kocher, J.), rendered September 14, 2012. The judgment convicted defend-

ant, upon his plea of guilty, of criminal sale of a controlled substance in the third degree (three counts) and criminal possession of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Smith, Carni, Lindley and Whalen, JJ.